```
LADARRION DAMON TERRELL
120 PILGRIM RD
LOT 1
SEMINARY, MS 39479


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ACIMA
9815 S MONROE ST
SANDY, UT 84070



CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
 STE 3000
SOUTHFIELD, MI 48034


HEARTLAND CAPITAL INVE
1104 PARIS RD
STE 201
MAYFIELD, KY 42066



LVNV FUNDING LLC
ATTN: BANKRUPT
PO BOX 1269
GREENVILLE, SC 29602



SOUTHSTATE BANK
901 E. 6TH STREET
AUSTIN, TX 78702



SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402
```