# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51210  **Case Name:** Ladarrion Damon Terrell

**Set:** 11/18/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)