Certificate Number: 17082-MSS-DE-040332300

Bankruptcy Case Number: 25-51210



17082-MSS-DE-040332300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2025</u>, at <u>8:14</u> o'clock <u>PM MST</u>, <u>LADAARION TERRELL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>November 19, 2025</u>     By:   <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>