United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                        Case No. 25-51210-KMS

Ladarrion Damon Terrell                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ladarrion Damon Terrell, 120 Pilgrim Rd, Lot 1, Seminary, MS 39479-4103 |
|  | + CL Dews Foundry, Attn Payroll, 1599 Edwards St, Hattiesburg, MS 39401-5520 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ladarrion Damon Terrell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING:
  LADARRION DAMON TERRELL                    25-51210 KMS
  120 Pilgrim Rd
  Lot 1                                           SSN:  XXX-XX-4638
  Seminary, MS  39479

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    C.L. DEWS FOUNDRY
    ATTEN: PAYROLL
    1599 EDWARDS ST
    HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net